CONSENT FOR RELEASE OF MEDICAL INFORMATION

Patient Name: *Adam Hackett*    DOB: *2-22-83*

Address: *Delaware Correctional Center*
*1181 Paddock Rd.*
*Smyrna, De. 19977*

I hereby authorize: *First Correctional Medical (FCM)*
*Correction Medical Services (CMS)*

To release to: *United States District Court*
*District of Delaware*

The following medical information covering the period(s) of treatment or hospitalization from: *1-1-05 thru current*

Specific information to be released: *All medical records involving the above name individual*

This information is to be disclosed for the following purpose: *For the purpose of determining whether a violation of the named individual's Constitutional rights has occurred.*

I understand that this authorization can be revoked at any time, but not retroactive to the release of information already made in good faith. This authorization will automatically expire no later than ninety (90) days from date affixed below:

Date: *7-3-06*

*Adam Hackett*
Patient or Authorized Party

Witness

*Cousin*
Relationship

2006 JUL 10 PM 2: 35
FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RO scanned