06-426 (KAJ)

# Individual Statement

## For Month of December 2005

Date Printed: 6/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00329697 | Hackett | Adam | | | | |
| Current Location: | 22 | | Comments: | QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/12/2005 | $30.00 | $0.00 | $0.00 | $30.02 | 194009 | 47776905517 | | M. HACKETT |
| Mail | 12/19/2005 | $30.00 | $0.00 | $0.00 | $60.02 | 196864 | 0256911822 | | G AZIZ |
| Mail | 12/19/2005 | $30.00 | $0.00 | $0.00 | $90.02 | 196866 | 0256911813 | | G AZIZ |
| Canteen | 12/20/2005 | ($20.13) | $0.00 | $0.00 | $69.89 | 197296 | | | |
| Medical | 12/23/2005 | $0.00 | ($4.00) | $0.00 | $69.89 | 199101 | | 12/5/05 | |
| Medical | 12/23/2005 | ($4.00) | $0.00 | $0.00 | $65.89 | 199150 | | 12/5/05 | |

Ending Mth Balance: $65.89

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 6/21/2006

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $65.89 |
|---|---|---|---|---|---|---|
| 00329697 | Hackett | Adam | | | | |
| Current Location: | 22 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/4/2006 | ($29.92) | $0.00 | $0.00 | $35.97 | 204348 | | | |
| Canteen | 1/18/2006 | ($29.78) | $0.00 | $0.00 | $6.19 | 210096 | | | |

Ending Mth Balance: $6.19

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 6/21/2006                                                                 Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.19 |
|---|---|---|---|---|---|---|
| 00329697 | Hackett | Adam | | | | |

**Current Location:** 22        **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/1/2006 | ($6.17) | $0.00 | $0.00 | $0.02 | 215667 | | | |
| Mail | 2/2/2006 | $25.00 | $0.00 | $0.00 | $25.02 | 218147 | 54631442580 | | UNKL |
| Canteen | 2/14/2006 | ($24.83) | $0.00 | $0.00 | $0.19 | 222296 | | | |
| Mail | 2/22/2006 | $20.00 | $0.00 | $0.00 | $20.19 | 226350 | 08426400637 | | UNK |

**Ending Mth Balance:** $20.19

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of March 2006

Date Printed: 6/21/2006     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.19 |
|---|---|---|---|---|---|---|
| 00329697 | Hackett | Adam | | | | |

**Current Location:** 22     **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2006 | ($19.85) | $0.00 | $0.00 | $0.34 | 229509 | | | |

**Ending Mth Balance:** $0.34

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of April 2006

Date Printed: 6/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.34 |
|---|---|---|---|---|---|---|
| 00329697 | Hackett | Adam | | | | |

**Current Location:** 22    **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 4/5/2006 | $30.00 | $0.00 | $0.00 | $30.34 | 245880 | | | |
| Mail | 4/11/2006 | $20.00 | $0.00 | $0.00 | $50.34 | 248250 | | | |
| Canteen | 4/12/2006 | ($19.32) | $0.00 | $0.00 | $31.02 | 248568 | | | |
| Canteen | 4/19/2006 | ($17.89) | $0.00 | $0.00 | $13.13 | 250836 | 38477084551-06975 | | G. BIGGS |
| Canteen | 4/26/2006 | ($13.08) | $0.00 | $0.00 | $0.05 | 255004 | 115742220 | | G. AZIZ |

**Ending Mth Balance:** $0.05

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** $0.00

# Individual Statement

## For Month of May 2006

Date Printed: 6/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.05 |
|---|---|---|---|---|---|---|
| 00329697 | Hackett | Adam | | | | |

**Current Location:** 22     **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 5/22/2006 | $25.00 | $0.00 | $0.00 | $25.05 | 265948 | | | |
| Canteen | 5/31/2006 | ($19.98) | $0.00 | $0.00 | $5.07 | 271640 | 050881516-01830 | G. AZAZ | |

Ending Mth Balance: $5.07

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

I/M Adam Hackett
SBI# 329697 UNIT MHU-22 Bu1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 JUL 2006 PM 2 T

Office of Clerk
U.S. District Court
844 N. King Street, lockbox 18
Wilmington, Del
19801

LEGAL MAIL