IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-426 KAJ |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| WARDEN THOMAS CARROLL, | ) |
| COMMISSIONER STANLEY TAYLOR | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Adam Hackett, SBI #329697 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated August 10th, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: August, 28th, 2006.

_Adam Hackett_
Signature of Plaintiff

IM Adam Hackett
SBI# 529697   UNIT MHU B-ul Bldg-22.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

S.M.S.

Legal Mail

WILMINGTON DE 197
06 SEP 2006 PM 2 L

Office of Clerk
United States District Court
844 N. King St. Lck box 18
Wilmington, Del
19801