OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 24, 2007

TO: Adam Hackett
SBI# 00329697
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977


**RE:  U.S. Marshal 285 Forms**
*Civ. No. 06-426(MPT)*

Dear Mr. Hackett:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                              PETER T. DALLEO
                                  CLERK

cc:  The Honorable Mary Pat Thynge
     U.S. Marshal
     Pro Se Law Clerk