IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-426 KAJ |
| | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| WARDEN THOMAS CARROLL and | : TRIAL BY JURY OF 12 DEMANDED |
| COMMISSIONER STANLEY TAYLOR, | : |
| | : |
| Defendants. | : |

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON
BEHALF OF DEFENDANT CORRECTIONAL MEDICAL SERVICES**

PLEASE ENTER THE APPEARANCE of Amy A. Quinlan, Esquire, on behalf of the defendant, Correctional Medical Services, in the above-captioned matter. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service or statute of limitations defenses which may be available.

MORRIS JAMES LLP

_____
Amy A. Quinlan (ID # 3021)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorneys for Defendant
Correctional Medical Services

Dated: Feb 5, 2007

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 5TH day of February, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF OF DEFENDANT CORRECTIONAL MEDICAL SERVICES**

    By First Class U.S. Mail to:

Adam Hackett, *Pro Se*
SBI #00329697
DCC
1181 Paddock Road
Smyrna, DE 19977

                                       _____
                                       Amy A. Quinlan (#3021)