IN the United States District Court
for the District of Delaware

Adam Hackett
  Pro'se Plaintiff

VS.

Correctional Medical Services
Warden, Thomas Carroll and
Commissioner, Stanley Taylor,

C.A. No. 06-426 ***



BD scanned

Plaintiff's Reply
<u>To Defendant's motion for a more Definte Statement</u>

  Plaintiff's submitts the below information, as Requested by Defendants; in it's motion for a more dafenite statement dated March 26, 2007.

  Assuming the court will grant the Defendant's motion in question, this motion could equally serve as an amendment to which Defendants request the court to order.

1. Plaintiff still has headaches even after the surgery. Plaintiff pulled a sutra out of his head August 22, 2006. After surgery and I was suspose to get it removed by C.M.S. Nurse. I went to Doctor on August 8, 2006. He said they should of been removed or "They should of took them out sooner" Dr. Barnett said. Even after that I pulled one out of my head.

2. I have sick calls slips and medical grievances about my situation. I have in my medical records all the stuff that I have filled for this. I have copies of some but I request my file to show more of my paper trail.

3. Coming back from the hospital I had a hole in my head. Was sent back to population in stend of spending time in infurmary. I felt like I was about to pass out head started to leak. C.O. Jarman called two nurse's to attend to me. They seen my condition called the head nurse asked why I wasn't in infurmary. I passed out on ~~Seday~~ 7-30-06 was hooked up to EKG machine. Was told to drink more "fluid's" By Doctor that seen me.

4. I asked about my situation two years before my surgery. ~~Doc~~ C.M.S. Doctor told me since my request to see out side Doctor was over six months it expired and that they had to re schedule. C.M.S. Doctor's and nurse's knew about

the knot on my neck is for two and a half years. All of that is documented in my medical file's and the copies that I have.

4-15-07

Adam J. Hackett
Respectfully Submitted

# Certificate of Service

I, Adam J. Hackett, hereby certify that I have served a true and correct cop(ies) of the attached: response to the motion's filled by Defendant's motion upon the following parties/person (s):

TO: Amy Arnott Quinlan
Morris James LLP
500 Delaware Avenue
Suite 1500, P.O. Box 2306
Wilmington, DE 19899

TO: Magistrate Judge
Hon. Mary Pat Thynge
United States District
Court. 844 N. King St, lock box 18
Wilmington, DE 19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 15th day of April, 2007