## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-426-*** |
| CORRECTIONAL MEDICAL SERVICES, et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **27th** day of **April, 2007**.

A teleconference was held on April 27, 2007 with plaintiff and counsel for the defense participating. As a result of the discussions during the teleconference,

IT IS ORDERED that:

1. Plaintiff's answering brief to defendant's motion for a more definitive statement (DI 19) shall serve as an amendment to his complaint. Defendants shall file their response on or before May 17, 2007.

2. Defendants' motion for a more definitive statement (DI 17) is withdrawn as moot.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE