IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Adam · Hackett Plaintiff,

v.   Civil Action No. 06-426 ***

Correctional medical Services
Warden Thomas Carrol Defendant.
Commissioner Stanley Taylor   PLAINTIFF'S DISCOVERY

Plaintiff requests that the defendants CMS, disclose all initial information and documents the defendants will use to support its defenses, and serve them upon plaintiff within 30 days pursuant to Fed. R. Civ. P. 26(a)(1)

1. Medical Records in it's entirely. The name's of CO's working 7-26-06 thru 7-30-06. on the 4:00 pm - 12:00 am the 8:am-Shift. And date's 1:pm  that the Plaintiff left to see the Outside Doctor.

Submitted this 3 day of June, 2007

Adam Hackett

Delawere Correctional Center
1181 Paddock road
Smyrna, DE 19977



FILED
JUN - 5 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Adam Hackett
SBI# 329697   UNIT MHU-22 B-UI
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
District of Delaware
U.S. Courthouse
Wilmington, DE
19801

Legal Mail