# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Adam Hackett                      )
        Petitioner,          )
                             )
        v.                   )   Civil Action No. 06-426 XXX
                             )
Correctional Medical Services     )
Warden Thomas Carroll and         )
Commissioner Stanley Taylor       )
        Respondent.          )

## Joinder of Parties

Would like to put down as Joinder of Parties for my case.

- Roymayne C. Jackson
- C/O Murphy
- C/O Glick
- Michael Sorro
- C/O Jarman

Submitted this 3rd day of June, 2007

_Adam Hackett_

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
JUN -5 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Adam Hackett
SBI# 326697  UNIT MHU-23-uI
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
District of Delaware
U.S. Courthouse
Wilmington, DE
19801

Legal Mail