OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 6, 2007

TO:  Adam Hackett
     SBI# 00329697
     Delaware Correctional Center
     1181 Paddock Rd.
     Smyrna, DE 19977

**RE: "Joinder of Parties" and "Plaintiff's Discovery"
Civ. No. 06-426 \*\*\***

Dear Mr. Hackett:

The documents that you presented to the court for filing on 6/5/07 in the above noted case does not form to one or more of the following: Federal Rule of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a). Any documents you present for filing must be served by you, upon **all** local counsel of record. Furthermore, this must be indicated on an affidavit or certificate of service.

Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon **all** parties of record.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc:  Vacant Judgeship