IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADAM HACKETT
    Plaintiff

v.    C.A. NO. 06-426 *** 

CORRECTIONAL MEDICAL SERVICES,
WARDEN THOMAS CARROLL, and
COMMISSIONER STANLEY TAYLOR
    Defendants,


RECEIVED SEP - 4 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Request that Defendants; CORRECTIONAL Medical Services, Warden Thomas Carrol, and COMMISSIONER Stanley TAYLOR produce for inspection and copying the following Documents:

1. Plaintiff's complete Prison Records

2. Any and all medical records of Plaintiff from the time of his incarceration at DELAWARE CORRECTIONAL CENTER through and including the date of your response to this request.

3. Dates and times Plaintiff left the Prison to see outside Doctor, Name of Doctor who saw and proformed Plaintiff's Surgery.

4. Names of DOC officers working 7-26-06 thru 8-6-06. The BTIER in the MHU #22 Building of the Prison. For the 8A.M-4.P.M Shift, and the 4.P.M-12A.M. Shift.

8/26/07
Adam Hackett

## Certificate of Service

I, Adam Hackett, hereby certify that I have served a true and correct cop(ies) of the attached: Motion for Discovery production upon the following parties/person (s):

TO: United State's Magistrate Judge. Mary Pat Thayne United States District Court 844 N. King Street lock box 18 Wilmington, DE 19801

TO: Morris James LLP. Amy A. Quinlan 500 Delaware Avenue Suite 1500 P.O. Box 2306 Wilmington, DE 19899

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 26th day of August, 2007

I/M Adam Hackett
SBI# 329697   UNIT MHU 22 B-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801

Legal Mail