IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 06-426-*** |
| CORRECTIONAL MEDICAL SERVICES, | ) ) ) ) |
|     Defendant. | ) ) |

**MEMORANDUM ORDER**

At Wilmington this 14 day of September, 2007, having considered plaintiff's pending motion for joinder of parties;

IT IS ORDERED that:

Plaintiff's motion for joinder of parties (D.I. 26) is **denied**. The clerk of the court notified plaintiff the motion was deficient inasmuch as it was not served upon defendant, and there is no indication defendant was ever properly served with the motion following notification of the deficiency. (See D.I. 27.) Further, plaintiff filed his claim pursuant to 42 U.S.C. § 1983 alleging a medical needs claim. He moves to join as parties Romayne O. Jackson, C/O Murphy, C/O Glick, Michael Sorro, and C/O Jarman but does not indicate why these individuals should be joined to the action nor does he allege they violated his constitutional rights.

                                                                                    Honorable Mary Pat Thynge
                                                                                    U.S. Magistrate Judge