IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-426 KAJ |
| | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| WARDEN THOMAS CARROLL and | : |
| COMMISSIONER STANLEY TAYLOR, | : |
| | : |
| Defendants. | : |

**NOTICE OF SERVICE**

I, Amy A. Quinlan, hereby certify that on this 4th day of October, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**RESPONSE OF DEFENDANT CMS TO PLAINTIFF'S REQUEST FOR PRODUCTION TO ALL DEFENDANTS**

By First Class U.S. Mail to:

Adam Hackett, *Pro Se*
SBI #00329697
DCC
1181 Paddock Road
Smyrna, DE  19977

Amy A. Quinlan (#3021)