IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-426 *** |
| CORRECTIONAL MEDICAL SERVICES, | : |
| Defendant. | : |

**DEFENDANT CMS' NOTICE OF DEPOSITION
OF PLAINTIFF ON JANUARY 10, 2008 AT 10:00 A.M.**

TO: Adam Hackett, *Pro Se*
SBI #00329697
DCC
1181 Paddock Road
Smyrna, DE 19977

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the plaintiff, Adam Hackett, on **Thursday, January 10, 2008, at 10:00 a.m.** and will continue from day unto day until the completion of his testimony, at Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware.

MORRIS JAMES LLP

_____
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Attorneys for Defendant

Dated: Nov 30, 2007
cc: Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 30th day of November, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANT CMS' NOTICE OF DEPOSITION OF PLAINTIFF ON JANUARY 10, 2008 AT 10:00 A.M.**

By First Class U.S. Mail to:

Adam Hackett, *Pro Se*
SBI #00329697
DCC
1181 Paddock Road
Smyrna, DE 19977

Amy A. Quinlan (#3021)