IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-426 *** |
| CORRECTIONAL MEDICAL SERVICES, | : |
| Defendant. | : |

### INTERIM STATUS REPORT

Pursuant to Paragraph 7 of this Court's Scheduling Order dated April 27, 2007 [D.I. 23], Defendant hereby submits this Interim Status Report.

### PLEADINGS

*Pro se* Plaintiff filed his Complaint against Defendant on July 10, 2006 [D.I.2], alleging, constitutional claims and a State law claim for negligence for failing to administer necessary medical treatment. Defendant answered on May 17, 2007 [D.I. 24].

### DISCOVERY

Plaintiff filed discovery requests which were answered by Defendant. Defendant agreed to produce certain records requested by Plaintiff once a Confidentiality Agreement was signed. To date, Plaintiff has not signed the agreement and the records have not been produced to him.

In addition, plaintiff's response to defendant's outstanding discovery is due by December 17, 2007.

Defendant has scheduled the deposition of Plaintiff for January 10, 2008. Plaintiff has not scheduled any depositions to date.

## PENDING MOTIONS

Defendant's Motion to Dismiss pursuant to 18 *Del. C.* § 6853 which was filed on 3/26/07 remains outstanding. (D.I.16)

## PRE-TRIAL DEADLINES/PROCEDURES

Plaintiff was to identify expert opinions by November 2, 2007. No experts were identified. Therefore, the medical negligence claims are barred.

The discovery cut-off is January 31, 2008.

## SETTLEMENT

At this time, Defendant is unwilling to negotiate settlement.

Respectfully submitted,

MORRIS JAMES LLP

Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Attorneys for Defendant

Dated: December 3, 2007

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 3rd day of December 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANT CMS' INTERIM STATUS REPORT**

By First Class U.S. Mail to:

Adam Hackett, *Pro Se*
SBI #00329697
DCC
1181 Paddock Road
Smyrna, DE  19977

Amy A. Quinlan (#3021)

AAQ/111331-0006/1636614/1