IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-426 *** |
| CORRECTIONAL MEDICAL SERVICES, | : |
| Defendant. | : |

**DEFENDANT CMS' RE-NOTICE OF DEPOSITION
OF PLAINTIFF ON JANUARY 8, 2008 AT 10:00 A.M.**

TO:  Adam Hackett, *Pro Se*
     SBI #00329697
     DCC
     1181 Paddock Road
     Smyrna, DE  19977

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the plaintiff, Adam Hackett, on **Tuesday, January 8, 2008, at 10:00 a.m.** and will continue from day unto day until the completion of his testimony, at Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware.  The deposition was previously noticed for January 10, 2008 at 10:00 a.m.

                                    MORRIS JAMES LLP

                                    _____
                                    Amy A. Quinlan (#3021)
                                    500 Delaware Avenue, Suite 1500
                                    P.O. Box 2306
                                    Wilmington, DE 19899-2306
                                    (302) 888-6886
                                    Attorneys for Defendant

Dated: Dec. 11, 2007
cc: Wilcox & Fetzer
    Mike Little (DCC fax – 302-659-6687)

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 17th day of December, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANT CMS' RE-NOTICE OF DEPOSITION OF PLAINTIFF ON JANUARY 8, 2008 AT 10:00 A.M.**

By First Class U.S. Mail to:

Adam Hackett, *Pro Se*
SBI #00329697
DCC
1181 Paddock Road
Smyrna, DE 19977

_____
Amy A. Quinlan (#3021)