IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Adam Hackett
    Plaintiff,
V.
CORRECTIONAL MEDICAL SERVICES
    Defendants.

C.A. NO. 06-426 ***



## MOTION FOR SANCATIONS AGAINST DEFENDANTS COUNSEL

Plaintiff moves that COURT Pursuant to Superior Court Civil Procudure <u>Rule 11 and 37</u> to impose Sancations against Defendants concerning Defendants Medical Records.

In support of Plaintiffs Motion the following is asserted.

1. Plaintiff filed this action as a result of Defendants Deliberate Indifference and negligance to his medical needs.

2. Plaintiff moved for discovery of his own medical files and Defendants Attorney has asserted <u>"A Reverse Medical Record Confidentiality"</u>. In that Defendants have the legal and rightful legal right to impose limitation's on Production.

3. Defendant's Attorney (<u>AMY A. Quinlan</u>) asserts that: Plaintiff
(a) must sign a Confidentiality Agreement that is to Sancation if he reveals his own medical Records to anyone else, and
(b) if Plaintiff does release his own medical Records to anyone else including his own family another Attorney; legal and; human rights Organizations etc. that Plaintiff will be liable for $5000.00/100 to Defendants for each release violation.

<u>See Attached</u> Letter dated October 19th 2007 <u>Exhibit A</u>.

4. Plaintiff moves for Sancations against Defendants, that they immediately turn over all Plaintiffs Medical Records to plaintiffs family members: All discover deadlines be extended: Court appoint Counsel for Plaintiff to help him deal with this situtation. The Attorney be disbarred for 1 year from Law Practice.

    Therefore, Plaintiff request the Court Grant, the above Requested Sancations and any additional Relief that may be got.

Respectfully Submitted,

Adam Hackett
12-07-07

Exhibit A

## CONFIDENTIALITY AGREEMENT

**WHEREAS,** there is currently a claim asserted by ADAM HACKETT against Correctional Medical Services, Inc.;

**WHEREAS,** in the course of discovery of documents from Correctional Medical Services, Inc., ADAM HACKETT has requested copies of medical records from the time of his incarceration at Delaware Correctional Center;

**WHEREAS,** Correctional Medical Services, Inc. by its undersigned counsel has only agreed to voluntarily provide ADAM HACKETT a copy of said records provided this confidentiality agreement is executed.

**NOW, THEREFORE,** it is agreed as follows:

1. Any documents obtained by ADAM HACKETT from Correctional Medical Services, Inc. shall not be further copied or disseminated to anyone else, including but not limited to inmates of Delaware Correctional Center, except as provided by the following exceptions:

   a. Members of any law firm representing ADAM HACKETT and any persons employed by them assisting in the prosecution of the claim may have access to the documents or materials but shall not make additional copies, and

   b. Copies may be made for and provided to experts consulted by ADAM HACKETT provided further that said experts:

      (i) Sign a subscription to observe this Confidentiality Agreement;

      (ii) Have that subscription available for inspection at the time of deposition, if applicable; and

Exhibit A

      (iii)    Not be engaged as employees or consultants by other correctional facility healthcare providers; and

   c.   Copies may be made for use as trial or deposition exhibits.

2. All copies in the possession of ADAM HACKETT or those to whom he disseminated copies, shall be returned to counsel for Defendant CMS at the conclusion of the case.

3. Inasmuch as actual damages from a breach of this agreement will not be susceptible to precise determination, each and every breach of this Agreement shall entitle Correctional Medical Services, Inc. to recover liquidated damages in the sum of $5,000.00 from ADAM HACKETT.

Signed, sealed and delivered this _____ day of _____, 2007.

                           AGREED AND ACCEPTED:

                           By: _____
                                ADAM HACKETT

_____
Witness

_____
Witness

