IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-426 *** |
| CORRECTIONAL MEDICAL SERVICES, | : |
| Defendant. | : |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES' EXPERT DISCLOSURES**

Defendant Correctional Medical Services' identifies John Conlon, M.D. as the Regional Medical Director for CMS. Dr. Conlon's curriculum vitae is attached hereto. Dr. Conlon has reviewed a copy of the Complaint and some of the medical records generated in this case.

Dr. Conlon will testify that based on the documents he has reviewed, his training, education and experience, that CMS met standard of care while treating the plaintiff regarding his sebaceous cyst while incarcerated at Delaware Correctional Center. Dr. Conlon is expected to testify that CMS personal appropriately evaluated Mr. Hackett's medical condition clinically. After an appropriate diagnosis of sebaceous cyst, appropriate care was rendered to Mr. Hackett and a timely referral was made to a general surgeon to remove the cyst. It is his opinion that the care rendered by CMS regarding Mr. Hackett's sebaceous cyst was appropriate and within standard of care.

Dr. Conlon holds these opinions with reasonable medical probability. He reserves the right to alter or amend these opinions upon receipt of additional information.

- SIGNATURE ON NEXT PAGE -

MORRIS JAMES, LLP

/s/ Amy A. Quinlan
_____
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Attorneys for Defendant

Dated: December 14, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
|       Plaintiff, | : |
| v. | : C.A. No. 06-426 *** |
| CORRECTIONAL MEDICAL SERVICES, | : |
|       Defendant. | : |

## NOTICE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 14th day of December, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANT CORRECTIONAL MEDICAL SERVICES' EXPERT DISCLOSURES**

    By First Class U.S. Mail to:

    Adam Hackett, *Pro Se*
    SBI #00329697
    DCC
    1181 Paddock Road
    Smyrna, DE  19977

                                MORRIS JAMES LLP

                                Amy A. Quinlan (#3021)
                                500 Delaware Avenue, Suite 1500
                                P.O. Box 2306
                                Wilmington, DE 19899-2306
                                (302) 888-6886
                                Attorneys for Defendant

Dated:

47 Province Brook Rd
Chatham, NH
03813

Phone 603-694-2093
Fax 603-694-2093
E-mail scubadocvt@hotmail.com

# John F. Conlon DO, CPE

**Education**   Loyola High School 1976-1980

St.John's University 1980-1985, Bachelor of Science

Philadelphia College of Osteopathic Medicine 1985-1989, Doctor of Osteopathic Medicine

**Post Graduate Training**   Internship: Peninsula Hospital Center, Far Rockaway, NY 1989-1990

General Surgery Residency: St.Barnabas Hospital, Bronx, NY 1991-1993

Emergency Medicine Residency: St.Barnabas Hospital, Bronx, NY 1993-1995

MBA : currently enrolled in the University of Massachusetts

**Positions Held**   **Emergency Medicine Attending**: Rutland Regional Medical Center, Rutland Vermont, 1995-2001 ; Responsibilities included direct patient care to an institution seeing approximately 40,000 patient per year

**Director of Occupational Medicine:** Rutland Regional Medical Center, 1997-1999; The position entailed pre-employment physicals, case management and a close working relationship with the major industries in the area.

**Director of Emergency Medical Services:** Rutland Regional Medical Center, 1997-2000; Duties included medical oversight and quality review to the pre-hospital emergency medical services. During this tenure I created a critical care transport service which generated increased revenue capture to both the hospital and Regional Ambulance Service. I sat on the Executive Boards of both Regional Ambulance Service and District #6.

**Director of Emergency Medicine:** Memorial Hospital, North Conway, NH, 2001-present; I am responsible for a emergency department that sees 18,000 patients per year. A large percentage of these patients include travelers to the White Mountains who visit to ski and vacation. Service marketing to this population is

23


0000000021421

critical. My responsibilities include patient care, quality improvement and management, physician recruitment and financial oversight.

**Regional Medical Examiner** for the State of Vermont, 1996-2001 ; I worked closely with the Office of the Chief Medical Examiner investigating deaths.

| | |
|---|---|
| **Committees** | **Medical Executive Committee** |
| | **Procedural Improvement Committee** |
| | **Medical Quality Review Committee** |
| | **Professional Relations Committee** |
| | **Emergency Response Planning Committee** |
| | **Clinical Pathway Committee** |
| | **Practice Management Committee** ; American College of Osteopathic Emergency Medicine |
| **Professional Organizations** | **American College of Physician Executives** |
| | **American College of Osteopathic Emergency Medicine** |
| | **New Hampshire Osteopathic Association** |
| | **New Hampshire Chapter American College of Emergency Medicine;** Executive Board Member |
| | **American Osteopathic Association** |
| **Accreditation** | **Board Certified in Emergency Medicine** |
| | **Certified Physician Executive** |
| | **Instructor Advanced Cardiac Life Support** |
| | **Advanced Trauma Life Support** |
| **Military Experience** | **Commander in the United States Naval Reserve:** I am responsible for the medical command in the Northeast United States. This entails maintaining medical readiness to approximately 6,000 sailors and marines. This covers 19 reserve centers located in the north east sector of the United States. During Operation Enduring Freedom, I was mobilized to Camp LeJeune, North Carolina, where I served in the emergency department of the Naval Hospital. Currently I have 19 years of dedicated service invested in the United States armed services. |

24

| | |
|---|---|
| **Hobbies** | Assistant Dive Instructor |
| | Private Pilot |
| | Ice Hockey |
| **Volunteer Experience** | **Chairman of the Parish Council** ; St.Robert's Catholic Church , Chittenden ,VT , 1997-2000 |
| | **Finance Committee** : St.Robert's Catholic Church |
| **Licenses** | New Hampshire Medical License: #11442 |
| | DEA:# BC2508490 |
| **References** | Upon request |