IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADAM HACKETT,
    Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES,
    Defendant,

C.A. NO. 06-426 * * *



FILED
DEC 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C § 1915 (e)(1) Plaintiff moves for an order appointing Counsel to represent him in this case. In support of this Motion Plaintiff states:

1. The Plaintiff is unable to afford Counsel.

2. The issues involved in this case are complex.

3. A trial in this case will likely involve conflicting testimony, and Counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4. The Plaintiff has a limited knowledge of LAW.

                                            Adam Hackett
                                            1181 Paddock Rd.
                                            D.C.C
                                            Smyrna, Del 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADAM HACKETT,
    plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES,
    Defendant,

C.A. NO. 06-426 ***

AFFIDAVIT IN SUPPORT of THE PLAINTIFF'S
MOTION FOR THE APPOINTMENT of COUNSEL

ADAM HACKETT, being duly sworn, deposes and says:

1. I am the Plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of Counsel.

2. The Complaint in this case alleges that the Plaintiff was subjected to irregular medical treatment. Took Plaintiff two years to see Outside Doctor, After Plaintiff Surgery Medical offical's didn't give Plaintiff proper care.

3. The case involves medical issues that may require expert testimony.

4. The case will require discovery of documents and depositions of a number of witnesses.

5. The testimony will be in sharp conflict, since the Plaintiff alleges that the defendants didn't give proper medical care, while the Defendants in their ~~████~~ reports assert that Plaintiff recieved Proper Medical Care.

6. The Plaintiff has not finished High school and has no legal education.

7. The Plaintiff is serving a sentence in the MHU. And we can not physically go to the Law Library to study case law. Plaintiff can't investigate the facts of the case, for example review medical records, interviewing witnesses, who were witnesses to the mistreatment.

WHEREFORE, the Plaintiff's motion for the appointment of Counsel should be granted.

*Adam Hackett* ADAM HACKETT

Sworn to before me this
26th day of Dec, 2007

*[notary signature]*
my Commission expires 6-17-2008

I/M Adam Hackett
SBI# 329697  UNIT MHU-22 BL1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

$00.41⁰ DEC 27 2007
MAILED FROM ZIP CODE 19977

Office of the Clerk
United States District Court
844 N. King Street, lock box 18
Wilmington, Delaware
19801

Legal Mail