## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADAM HACKETT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-426-*** |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **23rd** day of **January, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 30, 2008 at 11:30 a.m.** with Judge Thynge to discuss the above-captioned matter. **Amy A. Quinlan, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE