## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-426-*** |
| CORRECTIONAL MEDICAL SERVICES, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **28th** day of **January, 2008**.

IT IS ORDERED that the teleconference scheduled for Wednesday, January 30, 2008 at 11:30 a.m. with Judge Thynge to discuss the above-captioned matter has been rescheduled to **Tuesday, February 12, 2008 at 10:00 a.m. Amy A. Quinlan, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE