January 26, 2008

ADAM HACKETT #0329697
D.C.C.
1181 Paddock Road
Building 22 B Lower ONE
Smyrna, DE 19977

Amy A. Quinlan
Morris James, LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494



06-426

RE: HACKETT v. CMS & INTERROGATORIES

DEAR Counselor Quinlin:

Your letter dated 1-22-08, was recieved, Thank you. In your letter you inquired about my Interrogatories. I placed my Interrogatories in the Prison Mail for, Photo Copying on January 13th, 2008. However, I never did get the Photo Copies. Also, attached was information about Medical Care in Delaware Prisons and Communication to Tobi Longwitz, Staff Attorney for the United States Department of Justice Civil Division, 950 Pennsylvania Ave. NW. Washington, D.C. 20530. They were the only copies, I had of that information. I notice that in your letter yous sent, another Interrogatory Form. I am puzzled as to what Exactly happened to the Interrogatories I sent for copying.

However, to make an effort to comply with your January 22, 2008 letter request please accept the following documents to fulfill my Interrogatories obligations and the affidavit in support of it.

Thank you     Very Truly

*Adam Hackett*
Adam Hackett #0329697
DCC
1181 Paddock Road
Building 22 B Lower One
Smyrna, DE 19977