# MorrisJames LLP

Amy A. Quinlan
302.888.6886
aquinlan@morrisjames.com

February 12, 2008

**VIA E-FILE and HAND DELIVERY**
The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

        RE:   *Hackett v. CMS*
                C.A. No. 06-426 ***

Dear Judge Thynge:

      Per your request, enclosed please find the proposed modifications to the Scheduling Order.

      As always I am available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully submitted,

Amy A. Quinlan

AAQ/taa
Enclosure

cc:    Mr. Adam Hackett

AAQ/111331-0006/1694491/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494    T 302.888.6800    F 302.571.1750
Mailing Address    P.O. Box 2306 | Wilmington, DE 19899-2306    www.morrisjames.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-426 KAJ |
| : | |
| CORRECTIONAL MEDICAL SERVICES, : | |
| WARDEN THOMAS CARROLL and : | |
| COMMISSIONER STANLEY TAYLOR, : | |
| : | |
| Defendants. : | |

**MODIFIED SCHEDULING ORDER**

As a result of the teleconference conducted by the Court on February 12, 2008, paragraph 9 of the Scheduling Order which was entered on April 27, 2007 is amended as follows:

<u>Case Dispositive Motions</u>    All case dispositive motions, and opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before April 4, 2008. Answering Brief due on or before May 5, 2008 and Reply Brief due on or before May 19, 2008.

All other dates set forth in the April 27, 2007 Scheduling Order remain unchanged except as set forth above.

_____
J.