IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-426 ~~KAJ~~ JJF |
| CORRECTIONAL MEDICAL SERVICES, WARDEN THOMAS CARROLL and COMMISSIONER STANLEY TAYLOR, | : |
| Defendants. | : |

## MODIFIED SCHEDULING ORDER

As a result of the teleconference conducted by the Court on February 12, 2008, paragraph 9 of the Scheduling Order which was entered on April 27, 2007 is amended as follows:

<u>Case Dispositive Motions</u>   All case dispositive motions, and opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before April 4, 2008. Answering Brief due on or before May 5, 2008 and Reply Brief due on or before May 19, 2008.

All other dates set forth in the April 27, 2007 Scheduling Order remain unchanged except as set forth above.

*[signature]*

AAQ/111331-0006/1694501/1