IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-426 JJF |
| CORRECTIONAL MEDICAL SERVICES, | : |
| Defendant. | : |

### DEFENDANT'S FIRST NOTICE OF RECORDS DEPOSITION *

TO:   Adam Hackett, *Pro Se*
        DCC
        1181 Paddock Road
        Smyrna, DE  19977

PLEASE TAKE NOTICE that the undersigned will take the deposition of the following on March 7, 2008, at 10:00 a.m. in the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware.

        RECORDS CUSTODIAN
        Thomas Barnett, MD
        540 S. Governors Avenue, Suite 100-A
        Dover, DE  19904

--SIGNATURE ON NEXT PAGE--

---

* Duces Tecum - Deponent is to bring with him/her a complete copy of the documents relating to Adam Hackett, as specifically set forth in each subpoena. Deponent's appearance at the scheduled deposition will be waived if he/she furnishes copies of the subpoenaed records to Amy A. Quinlan, Esquire on or before March 7, 2008.

MORRIS JAMES LLP

_____
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Attorneys for Defendant

Dated: Feb. 18, 2008

## **CERTIFICATE OF SERVICE**

I, Amy A. Quinlan, hereby certify that on this 18th day of February, 2008, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANT'S FIRST NOTICE OF RECORDS DEPOSITION**

By First Class U.S. Mail to:

Adam Hackett, *Pro Se*
SBI #00329697
DCC
1181 Paddock Road
Smyrna, DE 19977

Amy A. Quinlan (#3021)

EVA/111331-0006/1527428/1