IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADAM HACKETT, | : |
|         Plaintiff, | : |
| v. | : C.A. No. 06-426 KAJ |
| CORRECTIONAL MEDICAL SERVICES, WARDEN THOMAS CARROLL and COMMISSIONER STANLEY TAYLOR, | : |
|         Defendants. | : |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES,
INC'S SUBSTITUTION OF COUNSEL
(JAMES DRNEC FOR AMY QUINLAN)**

James E. Drnec hereby enters his appearance on behalf of the Defendant, Correctional Medical Services in substitution of Amy A. Quinlan.

BALICK & BALICK

_____
James E. Drnec (#3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorneys for Defendants CMS and Rundle

MORRIS JAMES LLP

_____
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899
(302) 888-686
Attorneys for Defendants CMS and Rundle

Dated: 3/5/08

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 5th day of March 2008, the foregoing Substitution of Counsel was filed via CM/ECF and served upon the following via First Class Mail:

>Adam Hackett
>SBI# 00329697
>Delaware Correctional Center
>1181 Paddock Rd.
>Smyrna, DE 19977

>/s/ James E. Drnec
>James E. Drnec, Esquire (#3789)