BALICK & BALICK LLC
ATTORNEYS

April 9, 2008

Sidney Balick
Adam Balick
James Drnec
Joseph Naylor

**VIA CM/ECF FILING**
The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

    Re:   *Adam Hackett v. Correctional Medical Services, Inc.*
           C.A. No. 06-426 JJF

Dear Judge Farnan:

    I represent the defendant in the above-referenced matter. On April 1, 2008, I filed my client's Motion for Summary Judgment (D.I. 53), along with sealed exhibits consisting entirely of the Plaintiff's medical records (D.I. 54)

    Yesterday, April 8, 2008, I received a Redaction Notice stating that, pursuant to section G of the Administrative Procedures Governing Filing and Service by Electronic Means, "redacted versions of sealed documents shall be filed electronically within 5 business days of the filing of the sealed document." Because the documents at issue consist entirely of the Plaintiff's medical records, they are redacted in their entirety and so additional filings would be superfluous.

    If any matter addressed herein raises any question or concern, I remain available at the call of the Court.

                                  Respectfully Submitted,

                                  James E. Drnec
                                  (ID # 3789)

JD/jz
cc:    Adam Hackett